UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JODI ANDERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAKOTA STYLE FOODS, INC., a/k/a Dakota Style, Inc,<br><br>　　　　Defendant. | 5:20-CV-05053-KES<br><br><br>JUDGMENT |

Under the parties' joint motion for dismissal (Docket 15), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice, with the parties to bear their own costs, expenses, and attorney fees.

　　　Dated July 28, 2021.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE